UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| OMAR MEDINA ALEJANDRO, | ) |
| Plaintiff, | ) ) ) |
| v. | ) Civil Action No. 22-622 (UNA) |
| DEPARTMENT OF DEFENSE, | ) ) ) |
| Defendant. | ) ) |

**MEMORANDUM OPINION**

Plaintiff, appearing *pro se*, has filed a form Complaint for a Civil Case, ECF No. 1, and an application to proceed *in forma pauperis*, ECF No. 2. The Court will grant the application and dismiss the case.

Plaintiff is a resident of San Pedro, California, who has sued the U.S. Department of Defense. He wants, among other relief, "15 Million dollars for pointing out a flaw in the US military" regarding military salaries. Compl. at 4. Under Statement of Claim, Plaintiff writes:

> It is unconstitutional for the military to remain poor. The United States cannot allow persons in the US military to be taken advantaged of because the US military are poor. It is against the law to take advantage of the poor. I will sue the United States for 2.4 Trillion dollars if the United States takes advantage of the poor: US military.

*Id*.

"[F]ederal courts are without power to entertain claims otherwise within their jurisdiction if," as here, "they are so attenuated and unsubstantial as to be absolutely devoid of merit, wholly insubstantial, [or] obviously frivolous[.]" *Hagans v. Lavine*, 415 U.S. 528, 536–37 (1974)

1

(internal quotation marks and citations omitted).  Consequently, this action will be dismissed.  A separate order accompanies this Memorandum Opinion.

_____/s/_____
AMIT P. MEHTA
United States District Judge

Date:  March 29, 2022